United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    JOHN STEVEN METHENY,                     Case No. 16-cv-00077-HSG
8         Plaintiff,
                                              **ORDER TO PRO TEM REPORTER TO
9         v.                                  PRODUCE TRANSCRIPT**
10   JL BEVERAGE COMPANY LLC,                 Re: Dkt. No. 10
11        Defendant.
12
13   On July 7, 2016 a hearing was held in the above-entitled action.  Production of a transcript
14   of that hearing for the court is necessary for the resolution of this matter.
15   Accordingly, pro tem court reporter Kathy Wyatt is directed to prepare the transcript of
16   this proceeding on the following basis:
17   ( )   Ordinary (within 30 days @ $3.65 per page).
18   (**X**)   14-Day (within 14 days @ $4.25 per page).
19   ( )   Expedited (within 7 days @ $4.85 per page).
20   ( )   Daily (overnight @ $6.05 per page).
21   Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at
22   the rate indicated above, and in accordance with the requirements of the Judicial Conference of the
23   United States, as set forth in the Guide to Judiciary Policies and Procedures.
24   **IT IS SO ORDERED.**
25   Dated: February 1, 2017

                                              _____
                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge