UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METHENY,<br><br>            Plaintiff,<br><br>   v.<br><br>JL BEVERAGE COMPANY LLC,<br><br>            Defendant. | Case No.16-cv-00077-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 13 |

On February 17, 2017, the Court affirmed the bankruptcy court's order granting summary judgment and related judgment, both entered on December 28, 2015. Pursuant to Federal Rule of Bankruptcy Procedure 8024, the Court hereby ENTERS judgment in favor of JL Beverage Co. and against Steven S. Metheny.

**IT IS SO ORDERED.**

Dated: 2/21/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge